# CASES DETERMINED

### IN THE

# SUPREME COURT OF THE STATE OF COLORADO.

---

## APRIL TERM, 1884.

---

### KELLERMAN v. THE CRESCENT MILLING & ELEVATOR COMPANY.

*Error to County Court of Arapahoe County.*

Messrs. FRANCE and ROGERS, for plaintiff in error.

Messrs. BULLICK, BAXTER and DICKSON, for defendant in error.

STONE, J. The only question properly raised by the assignments of error in this case is the same as that in the case of *Simmons v. The California Powder Works,* just decided, and hence, the reasons for the opinion of this court in that case are equally applicable to this.

The constitutional question raised by counsel in argument relates to the Civil Code act of 1877, and not to the act of 1881, which is here involved.

The judgment of the court below is affirmed.

*Affirmed.*